## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

           v.           **CRIMINAL NO. 08-306 (RMC)**

**UNITED STATES PROTECTION AND**
     **INVESTIGATIONS, LLC,**
**DELMAR D. SPIER,**
**BARBARA E. SPIER,**
**WILLIAM F. DUPRE,**
     **and**
**BEHZAD MEHR,**

     **Defendants.**
_____/

### UNITED STATES' NOTICE OF INTENT TO
### USE EVIDENCE UNDER FED. R. EVID. 404(b)

The United States, through undersigned counsel, submits this Notice of Intent to Use Evidence Under Fed.R.Evid. 404(b):

1.    The United States intends to introduce evidence, by testimony and/or documents, that Defendant Barbara E. Spier and Defendant William F. Dupre instructed and encouraged United States Protection and Investigations, LLC ("USPI") employees to submit, and then collected on employees' behalf, a "separate maintenance allowance" when such employees were unmarried or were not otherwise entitled to receive this allowance from the United States Agency for International Development ("USAID"). Pursuant to Regulation 260 of Department of State Standardized Regulations, a "separate maintenance allowance" is an allowance to assist an employee to meet the additional expenses of maintaining eligible family members elsewhere than at the employee's foreign post of assignment.

2.      The United States intends to introduce evidence, by testimony and/or documents, that the defendants submitted false supporting documentation from Afghan Commercial Services Provider, Brothers Transport, Raza-i-Private Vehicle Provider Company, Afghan Car Rental, and AZ Good Vehicles Fair Prices to inflate USPI's expenses for vehicle rental and fuel, and submitted false supporting documentation from the Afghan Ministry of Interior and fingerprint cards to inflate USPI's expenses for security personnel for the following subcontracts for infrastructure projects in Afghanistan funded by USAID:

- USPI subcontract(s) with the United Nations Office for Project Services ("UNOPS"); and
- USPI subcontract(s) with the Louis Berger Group, Inc. for the Afghanistan Infrastructure Rehabilitation Program ("AIRP").

3.      The United States submits that this evidence is inextricably intertwined with the defendants' conduct of the instant offense, and therefore is relevant and admissible under the more liberal standards of Rules 401 and 402.  In other words, the United States submits that the procedures and stricter evidentiary standards of Rule 404(b) do not apply.  Nevertheless, in an excess of caution, the United States gives this notice of its intent to use this evidence.

4.      The United States intends to introduce the items listed above as substantive evidence of the defendants' participation in the crimes alleged in the Indictment.  This notice is intended only to provide notice of the general nature of the evidence in the event that the District Court rules the evidence is more appropriately considered 404(b) evidence pursuant to Fed. R. Evid. 404(b).

        Respectfully submitted

        STEVEN A. TYRRELL
        Chief, Fraud Section

By:    */s/ Jennifer R. Taylor*
        JENNIFER R. TAYLOR
        D.C. Bar #497349
        United States Department of Justice
        Criminal Division, Fraud Section
        1400 New York Ave NW
        Bond Building, Third Floor
        Washington, DC  20009
        (202) 305-3611

Dated: August 21, 2009
       Washington, DC

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the United States' Notice of Intent to Use Evidence Under Fed.R.Evid. 404(b) was served, via the Electronic Filing System, to counsel of record on this 21st day of August, 2009.

                                          */s/ Jennifer R. Taylor*
                                          Jennifer R. Taylor